# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fariborz Abbasi, | No. CV-23-02043-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| United States Citizenship and Immigration Services, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Motion to Dismiss, filed on November 29, 2023. (Doc. 7). The parties have agreed that this action should be remanded to the U.S. Citizenship and Immigration Services for further proceedings. For good cause shown in the Motion,

**IT IS ORDERED granting** the Joint Motion (Doc. 7) and **remanding** this case to the U.S. Citizenship and Immigration Services to complete adjudication of Plaintiff's N-400 application.

**IT IS FURTHER ORDERED dismissing without prejudice** this action in its entirety, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 15th day of December, 2023.

Honorable Stephen M. McNamee
Senior United States District Judge